IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSWALDO NICOLAS CAAL-CAAL, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 26-556 |
| | : | |
| MICHAEL T. ROSE, *et al.*, | : | |
|     Respondents. | : | |

### ORDER

**AND NOW**, this 13th day of February, 2026, upon consideration of Oswaldo Nicolas Caal-Caal's Petition (Doc. No. 1) and the Government's Response (Doc. No. 3), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. For the reasons stated in <u>Demirel</u>, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See <u>Demirel v. Federal Detention Ctr. Philadelphia</u>, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Lyons, Bondi, Noem, the Executive Office for Immigration Review, and the Department of Homeland Security are **DISMISSED**.  See <u>Demirel</u>, 2025 WL 3218243, at *2 (quoting <u>Rumsfeld v. Padilla</u>, 542 U.S. 426, 435 (2004)).

3. <u>**On or before**</u> **February 20, 2026**, Respondents **shall provide** Petitioners

with a **bond hearing in accordance with 8 U.S.C. § 1226(a)** and **§ 1232(c)(2)(B).** See <u>R.A.R.R. v. Judith Almodovar</u>, No. 25-6597, 2026 WL 323040 at *6 (E.D.N.Y. Feb. 6, 2026) (19-year-old Petitioner who entered the United States as unaccompanied minor was entitled to bond hearing under § 1226(a) and § 1232(c)(2)(B)).

4. Should the IJ deny bond, Respondents **shall provide** Petitioners the opportunity to appeal to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**