**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OSWALDO NICOLAS CAAL-CAAL, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 26-556** |
| | : | |
| MICHAEL T. ROSE, *et al.*, | : | |
| Respondents. | : | |

---

## ORDER

Petitioner Oswaldo Nicolas Caal-Caal has been released from custody.  (Doc. No. 7.)

**AND NOW,** this 25th day of February, 2026, it is hereby **ORDERED** that Petitioner's

Motion to Enforce (Doc. No. 5) is **DENIED as moot.**  The Clerk of Court **SHALL close** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

**PAUL S. DIAMOND, J.**